UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R.O. BROOKS FRESHWADDA, et al.,<br>    Plaintiffs,<br>v.<br>ADRIANA RINCON WHITE, et al.,<br>    Defendants. | Case No. 2:25-cv-01624-CDS-NJK<br><br>**Order**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff 's application to proceed *in forma pauperis*. Docket No. 1.

Plaintiff's application is incomplete. *See id.* Specifically, Plaintiff responded "N/A" as to questions 5 and 6. *See id.* at 3. Moreover, the financial situation portrayed in the application is a logical impossibility, as the application indicates that Plaintiff is "100%" responsible for the support of his son, but the application does not identify any regular monthly expenses.[1] *Id.*

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 1. No later than **December 9, 2025**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

---

[1] The Court also notes that Plaintiff's address provided in the papers appears to be a UPS Store mailbox. *Cf. United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012) (courts may take judicial notice of Google maps and related images). UPS Store mailboxes are generally not free, yet Plaintiff fails to disclose any monthly expense relating to this mailbox.

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the <u>long form</u> *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: November 25, 2025

                                                                                        _____
                                                                                        Nancy J. Koppe
                                                                                        United States Magistrate Judge