# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

R.O. BROOKS FRESHWADDA, et al.,

    Plaintiffs,

v.

ADRIANA RINCON WHITE, et al.,

    Defendants.

Case No. 2:25-cv-01624-CDS-NJK

**REPORT AND RECOMMENDATION**

Plaintiff initiated this case with an incomplete *in forma pauperis* application wherein he did not provide complete responses to all the questions and the financial situation portrayed in the application is a logical impossibility.  Docket No. 1; *see also* Docket No. 5.  On November 25, 2025, the Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice and ordered Plaintiff to either pay the filing fee or file a fully complete long-form application to proceed *in forma pauperis* by December 9, 2025.  Docket No. 5.  The Court warned that "FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED."  *Id.* at 1.  Notwithstanding that warning, Plaintiff did not comply.  *See* Docket.

Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice.  Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: December 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1

1

**<u>NOTICE</u>**

2       This report and recommendation is submitted to the United States District Judge assigned

3  to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and

4  recommendation must file a written objection supported by points and authorities within fourteen

5  days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file

6  a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951

7  F.2d 1153, 1157 (9th Cir. 1991).

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28