UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R.O. BROOKS FRESHWADDA, et al.,<br>  Plaintiffs,<br>v.<br>ADRIANA RINCON WHITE, et al.,<br>  Defendants. | Case No. 2:25-cv-01624-CDS-NJK<br>**Order**<br>[Docket No. 7] |

  Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 7.

  On November 25, 2025, the Court entered an order denying Plaintiff's application to proceed *in forma pauperis* without prejudice and afforded Plaintiff until December 9, 2025, to either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Docket No. 5. The Court explained that Plaintiff's application was incomplete because Plaintiff responded "N/A" as to questions 5 and 6 and the financial situation portrayed was a logical impossibility. *See id.* at 1. The Court also noted that Plaintiff failed to disclose any monthly expense relating to the UPS mailbox which was provided as Plaintiff's address on the docket. *See id.* at 1 n.1.

  On December 11, 2025, the Court issued a report and recommendation, recommending that this case be dismissed without prejudice because, at that time, Plaintiff's long-form application was not entered on the docket. Docket No. 6. Plaintiff, however, filed a long-form application by the Court's December 9, 2025, deadline, though the application was not uploaded to the docket until days after the deadline. *See* Docket No. 7.

  Although Plaintiff filed a long-form application, the application is once again incomplete. *See id.* The application indicates that Plaintiff is responsible for the support of his son but fails to identify regular monthly expenses aside from food, medical, and dental. *See id.* at 4-5. Plaintiff

1

fails to provide any further information as to expenses for the UPS mailbox which is still provided as his address on the docket. *See* Docket; *see also* Docket No. 5 at 1 n.1. Further, Plaintiff responded "N/A" as to question 2 regarding his employment history for the past two years, and checked "Yes" as to question 9 regarding whether he expects any major changes to his monthly income during the next 12 months. *See id.* at 2, 5. Although question 9 explicitly states "If yes, describe on attached sheet," the only explanation provided is that "[Plaintiff] will be back in business and making an income!" *Id.* at 5. Additionally, Plaintiff responded to question 12, "I dwell in Las Vegas, NV," but failed to disclose any further information as to housing expenses or arrangements. *See id.*

Accordingly, the Court **WITHDRAWS** its report and recommendation. Docket No. 6. Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 7. No later than **December 30, 2025**, Plaintiff must either (1) file a fully complete application to proceed in forma pauperis, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the long form *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: December 16, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2