UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| R.O. BROOKS FRESHWADDA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ADRIANA RINCON WHITE, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01624-CDS-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 9.

The instant application is Plaintiff's third attempt to proceed *in forma pauperis*. *See* Docket Nos. 1, 7, 9. The Court denied Plaintiff's previous applications because they were incomplete, and the financial situation portrayed in the applications were a logical impossibility. *See* Docket Nos. 5, 8 (Court's orders explaining deficiencies in Plaintiff's previous applications). Nonetheless, the Court afforded Plaintiff until December 30, 2025, to either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Docket No. 8 at 2. The Court instructed the Clerk's Office to send Plaintiff a copy of the long form *in forma pauperis* application for non-prisoners and ordered that any renewed application by Plaintiff must be submitted on the long form and be filled out completely. *Id.* The Court warned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**" *Id.* (emphasis in original).

Despite the Court's clear instructions and warning, Plaintiff has not complied with the Court's order. Plaintiff failed to file a fully complete, long form *in forma pauperis* application. *See* Docket No. 9-1. Instead, Plaintiff selectively responded to questions from the long form on his own version of the document. *See id.*

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 9. In the interest of deciding this case on its merits, the Court will afford Plaintiff one final chance to file a complete *in forma pauperis* application. No later than **January 27, 2026**, Plaintiff must either (1) file a fully complete application to proceed in forma pauperis, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the long form *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: January 6, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2